1014

THE STATE OF WASHINGTON, *Respondent*, v. COVELL PAUL THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00397-9, Serjio Armijo, J., entered January 20, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Van Deren, J.

THE STATE OF WASHINGTON, *Respondent*, v. ERIC V. TRENT, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 05-1-00173-7, Michael J. Sullivan, J., entered March 15, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WAYNE GLENN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01457-1, Russell W. Hartman, J., entered April 28, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.